## WILLIAM DEPPE ET AL.
## v.
## THE PEOPLE.

INDICTMENT FOR ADULTERY.—This was an indictment for living together in a s ate of adultery. The court is of opinion that the evidence fails to sustain the charge, as defined by the Supreme Court.

ERROR to the Circuit Court of St Clair county; the Hon. W. H. SNYDER, Judge, presiding. Opinion filed October 6, 1881.

Mr. R. A. HALBERT and Mr. E. L. THOMAS, for plaintiffs in error; as to what constitutes the offense of living in an open state of adultery, cited Searls v. The People, 13 Ill. 597; Miner v. The People, 58 Ill. 59.

Mr. R. D. W. HOLDER, for defendant in error; that where the evidence is conflicting the finding of the jury must be conclusive, cited Rafferty v. The People, 72 Ill. 35; Gainey v. The People, 97 Ill. 261; Needham v. The People, 98 Ill. 279; Rogers v. The People, 98 Ill. 581.

Baker, J.  This is an indictment against plaintiffs in error for living together in an open state of adultery and fornication. It is based on section 11 of the criminal code.  The nature and character of the offenses provided for in this section of the statute, were determined by the Supreme Court in the cases of Searls v. The People, 13 Ill. 597, and Miner v. The People, 58 Ill. 59.  We are of opinion the evidence in this record does not sustain the verdict of the jury and judgment of the court.

The judgment is reversed and the cause remanded.

Reversed and remanded.